### *United States District Court for the Northern District of Illinois*

Case Number: 08CV4997

Assigned/Issued By: DAJ

Judge Name: GOTTSCHALL

Designated Magistrate Judge: MASON

---

### FEE INFORMATION

**Amount Due:**   ☐ $350.00   ☐ $39.00   ☐ $5.00

☐ IFP   ☑ No Fee   ☐ Other _____

☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons

☐ Alias Summons

☐ Third Party Summons

☐ Lis Pendens

☐ Non Wage Garnishment Summons

☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

_____

☐ Citation to Discover Assets

(Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

<u>1</u> Original and <u>0</u> copies on <u>09/03/08</u> as to <u>DEF</u>.
(Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05